**Exhibit A to the Complaint**

**Location:** Avon, CO  
**Total Works Infringed:** 28

**IP Address:** 67.165.208.114  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 396330A6648C120FD42B908A96D958D82C8B88F9<br>File Hash:<br>26AC264006C0E648AF10D73F8C89DCF42A13B99188126D927407481E948BE5DF | 07-15-2023 20:48:11 | Tushy | 07-09-2023 | 07-13-2023 | PA0002420353 |
| 2 | Info Hash: B3D6DC4BF0E286342F04FE37324EFA8F59D5B7F6<br>File Hash:<br>4A721DF3E117E314A4E986AA4E76B47DE90FBA44CC651E24C493150B6DD3ED84 | 07-14-2023 20:36:56 | Slayed | 02-07-2023 | 05-05-2023 | PA0002414452 |
| 3 | Info Hash: 0F1B0D05E69005F0B20845F4CB65F76D7ECD7C58<br>File Hash:<br>538A84D53BBF4F55EDA21D8631F2B30B74FEED078C0BCD1FEF5120DDCE5E94E3 | 06-17-2023 00:03:02 | Vixen | 06-16-2023 | 07-13-2023 | PA0002420352 |
| 4 | Info Hash: 21E212CA2738BBAC40B37DD6A175495A6C6F49C3<br>File Hash:<br>2808CECE7508F6BED35A98444B7B848E83AC0FAE596C000D698F779AA1566738 | 01-10-2023 22:10:55 | Tushy | 01-08-2023 | 01-27-2023 | PA0002393072 |
| 5 | Info Hash: 3974193BE216E1983FA45555400BED7123CE9E20<br>File Hash:<br>C632AE85045A09A74C9C4D73D685EF74296B0C531000D8BF808626D5A16E2942 | 01-02-2023 19:23:56 | Blacked Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |
| 6 | Info Hash: 978F02B3211A09F06F3B32AF90AAC8DCAA0B8552<br>File Hash:<br>3BFDF62D7AA88096A2A563100C318BE1EB5EE3668F705B04A7D26CF04DAC8182 | 12-29-2022 23:59:30 | Slayed | 07-05-2022 | 07-21-2022 | PA0002367492 |
| 7 | Info Hash: C0EE52C628BBB3CB1DDEA783D867A9675A1BAFF1<br>File Hash:<br>33953DA72149AA36B404F352CA118B089BF49A70175C700A253B568816683F35 | 12-28-2022 02:29:56 | Tushy | 12-25-2022 | 01-10-2023 | PA0002389583 |
| 8 | Info Hash: 96D7F360A83B1D01EC1EB0D9330E23BDE81C7803<br>File Hash:<br>928466666BEEF1AF37A5E1152DB97330B18AF9A635B135930C8C1102069343AC | 12-18-2022 22:38:07 | Blacked Raw | 11-10-2022 | 01-27-2023 | PA0002393082 |
| 9 | Info Hash: 307B10AC43F5DC6307100B5B98A340DE5AAFEB06<br>File Hash:<br>C7D34553FCDA2EFC004355B0406EA2A6E06952123D496330EA7D562A82B58962 | 10-26-2022 22:59:21 | Tushy | 10-23-2022 | 10-31-2022 | PA0002377815 |
| 10 | Info Hash: 4152ED89B504AC5B70FC3BBE20B84DF97888EAD2<br>File Hash:<br>E4EC555A53B2FE6E81538CF8742AF2316E8CAC0A48DA4E65E87E436B698C219E | 09-15-2022 02:01:42 | Tushy | 09-11-2022 | 10-05-2022 | PA0002373765 |
| 11 | Info Hash: 729BA9D53C44EF9B06D41AAC804258A5C9DE2614<br>File Hash:<br>6FC7868F0823B31ECF15F4EF64A0F9C5A666E1B9EEE7DD814F038810190F7F5C | 09-01-2022 02:53:19 | Tushy | 08-28-2022 | 11-01-2022 | PA0002378076 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 419705ABACCB5386FA5857670D7125BC2C4130A6<br>File Hash: 0A81A774C775E264BA4E63AB696996368FCE6466077561A59563FB282B0D313D | 05-26-2022 23:12:28 | Tushy | 05-22-2022 | 06-27-2022 | PA0002355029 |
| 13 | Info Hash: DA14F3F42C4D432C6B20C0A6AA6AE8796C9DD99B<br>File Hash: 6010BBC4C394EF3CE15806B3DBCECDC0A223C39CF95AB9D777EDD29856F23E2C | 04-12-2022 00:34:04 | Slayed | 09-29-2021 | 11-01-2021 | PA0002326409 |
| 14 | Info Hash: A32AB126B1D4DBFB020189DB9DF602F49A13A29A<br>File Hash: 1BA0E004FEE2699E17D83605CCEA3DC5F4C5B0747F35942FFAE0C0F8D35CAED2 | 04-12-2022 00:18:15 | Blacked Raw | 04-04-2022 | 04-23-2022 | PA0002346436 |
| 15 | Info Hash: 9FC9CCF03D4F5C70B5C5D838A2C2B0E54712D689<br>File Hash: 39D230A3E672E3C9773AA53CADF0922594F2F9DCB6B1E376DF5833EAF25A0B9D | 01-13-2022 01:32:11 | Blacked Raw | 01-10-2022 | 02-14-2022 | PA0002335456 |
| 16 | Info Hash: 11BE292AF7B6E97B5F5DF01D28694305D92417DA<br>File Hash: 6D2F0AF16950FAA5B78A689DAD0DC66362AEFB1D9655E752A283DD0AEBAED0EF | 12-13-2021 22:53:46 | Blacked | 08-23-2019 | 09-11-2019 | PA0002199989 |
| 17 | Info Hash: 457F7BED4CC3B07E1856BCA4E5480BCBA6AFEC5D<br>File Hash: FB87CEFF77A0FDCF4D2F25886A55504FCC0B771C5B18ECFA3E02A47F9427B25F | 11-17-2021 23:42:04 | Tushy | 11-14-2021 | 01-07-2022 | PA0002337916 |
| 18 | Info Hash: F4A97918835DD58FE77C6616EE92FF2840C5596A<br>File Hash: B89E9FB1DFA96D2D99CA79899F4D1E4DE93F49A3D29058DF1A2760B109555666 | 09-06-2021 19:29:58 | Tushy | 09-05-2021 | 09-21-2021 | PA0002312671 |
| 19 | Info Hash: 7F9073CA06097DA7D232E77DD05EF4988A91312B<br>File Hash: 07474B7BD6BBA056FCA31DE6898C16B41654697B82865EEC9831927992159987 | 09-02-2021 05:01:41 | Tushy | 03-28-2021 | 04-27-2021 | PA0002288947 |
| 20 | Info Hash: 00BA70A078F13AE839958FBA18AC5BB33B1704EE<br>File Hash: B67B8E039D337933CA821EF10D89DB0D8FC6EBE0618BF96BACDD7B0DC1360E49 | 01-03-2021 00:21:07 | Blacked Raw | 10-26-2020 | 11-18-2020 | PA0002272624 |
| 21 | Info Hash: 98FC57A17C8BA587A11437F1344635581984DFF3<br>File Hash: 12C882B158BC2F592230B549DF276E32D1409D08DD5AA3911228C81B4A8E3ABF | 01-02-2021 22:13:07 | Tushy | 11-01-2020 | 11-18-2020 | PA0002272627 |
| 22 | Info Hash: 46E9F480C2164858AD15AF7B300D187C4AB4BB9E<br>File Hash: BD2B0360689C43E61899A19E18BD4609EA21D8DC3A51D71EE12394E88ABBB640 | 10-25-2020 23:33:03 | Blacked | 10-24-2020 | 11-05-2020 | PA0002263386 |
| 23 | Info Hash: 74F618D8DC0E1EE9978B5A799F3ED54F9DF681C1<br>File Hash: 553965CAE2BA61F401285F6BDE8D94289355F78B44CBAEDEF93DD7E8A7C435F1 | 09-22-2020 00:08:02 | Tushy | 09-20-2020 | 09-29-2020 | PA0002258683 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: EA0933C026CAC051707CDA6CAAAB5FA9F7E359A0<br>File Hash: 289F90643B744068059848994286269666679EC0E9FE7FCDA6FE8EA60096F41A9 | 09-20-2020 22:11:25 | Blacked | 09-19-2020 | 09-29-2020 | PA0002258681 |
| 25 | Info Hash: AB1F311A07A1F2F7A3D6E2C770B210BACE048BED<br>File Hash: 9DB8AD43749309665702A971FE7E0D90BFF1F2168003E50E89972394AD7F49C2 | 09-14-2020 22:57:51 | Tushy | 09-14-2020 | 09-29-2020 | PA0002258682 |
| 26 | Info Hash: F8B08A7026BFEC4FB4BDD85097D3A6E4973E6C22<br>File Hash: AC6A01BCA8A5640B192D798D3755118DDB5674092C473B0C6B240BC911A87336 | 09-01-2020 00:36:11 | Tushy | 08-30-2020 | 09-05-2020 | PA0002255477 |
| 27 | Info Hash: E1BE70247F577325171B575345E5401BA627CE46<br>File Hash: 2621A5EE4373A526C5F54686C1CEC6E92CC69B6B2B7FE78AF3DF2068B311DB2E | 08-25-2020 02:05:45 | Blacked Raw | 08-24-2020 | 09-05-2020 | PA0002255474 |
| 28 | Info Hash: E4E73AED989807C7765BE7C156F4C3233AEF1385<br>File Hash: BA0C23EC21B6A31762D5E247BFA076D02119DB85DB12C584BBE3B845BE051E07 | 08-24-2020 00:18:15 | Tushy | 08-23-2020 | 09-05-2020 | PA0002255481 |